# Michael Faillace & Associates, P.C.
110 East 59th Street
32nd Floor
New York, NY 10022

Ph:(212) 317-1200  Fax:(212) 317-1620

Roberto Betanzos  December 28, 2010
10033

|  |  |
|---|---|
| **Attention:** | File #: Aspen2 |
|  | Inv #: 938 |

RE: 10 CV 4508 (BSJ)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-02-10 | Discussed with DK facts surrounding new case with General manager of the business | 1.20 | 540.00 | MF |
| Feb-09-10 | Meeting with clients and got the facts necessary to file a complaint in court | 2.40 | 1,080.00 | MF |
| Feb-12-10 | Meeting with with 2 clients and got their info for the complaint | 1.70 | 765.00 | MF |
| Feb-16-10 | Meeting with 5 clients and got info for complaint | 2.85 | 1,282.50 | MF |
| Feb-18-10 | Meeting with 3 clients and got the facts we need for complaint. | 1.90 | 855.00 | MF |
| Feb-22-10 | Meeting with client and got the information necessary to file with complaint | 1.50 | 675.00 | MF |
| Mar-16-10 | Worked with KY on the completion of the complaint. | 3.50 | 1,575.00 | MF |
| Apr-05-10 | Meeting with , re intakes | 1.70 | 765.00 | MF |
| Apr-12-10 | Review documents provided by clients, re complaint | 2.50 | 1,125.00 | MF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-30-10 | Drafting of Complaint and Summons for filing in the SDNY | 3.00 | 1,350.00 | MF |
| May-25-10 | Meeting with Receipt and review of and reviewd the points of law and fact that he needs to present in the complaint ; discussed with RR the fact that all claims involved failure to pay wages | 0.75 | 337.50 | MF |
|  | Reviewed intake forms and the rest of the file, research defendant entities to sue. | 5.20 | 2,340.00 | MF |
| Jun-08-10 | Reviewed and filed final complaint at SDNY | 2.80 | 1,260.00 | MF |
| Jul-28-10 | Reviewed case file and draft default judgment papers | 1.80 | 810.00 | MF |
| Aug-23-10 | Discussed with attorney for 2 defendants whether or not they are proper parties; | 0.50 | 225.00 | MF |
| Sep-06-10 | Prepared default default judgment application | 1.50 | 675.00 | MF |
| Sep-29-10 | Discussed with PP the fact that client had called to inform us that defendant is selling property; asked Ts to work with YR on affidavits for case; contacted Jw to inquire whether we can do anything to stop sale of property | 0.50 | 225.00 | MF |
| Sep-30-10 | Reviewed default judgment application with YR. | 1.70 | 765.00 | MF |
| Dec-22-10 | Drafting damages chart | 2.75 | 687.50 | YR |
|  | Totals | 39.75 | $17,337.50 |  |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
|  | Filing Fee | 350.00 |
| Jun-15-10 | Process Server | 40.00 |
|  | Process Server | 40.00 |
|  | Process Server | 40.00 |
|  | Process Server | 40.00 |
|  | Totals | $510.00 |

**Total Fee & Disbursements**                                   $17,847.50

Invoice #: 938 Page 3 December 28, 2010

| | |
|---|---|
| **Balance Now Due** | **$17,847.50** |

TAX ID Number 20-1211098